## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **BRADLEY SCHORR, and LORI A. SCHORR, individually, and on behalf of a class of similarly situated persons,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION FILE NO. 4:07-cv-00019-WLS** |
| **v.** | ) ) | |
| **COUNTRYWIDE HOME LOANS, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

### JOINT MOTION TO LIFT STAY

Plaintiffs Bradley and Lori Schorr, and Defendant Countrywide Home Loans, Inc. ("Countrywide"), hereby jointly move the Court for an order lifting a stay previously entered in this action.  In support of this motion, the Parties show the Court as follows:

1.      On February 12, 2007, Plaintiffs filed the Complaint, seeking liquidated damages under O.C.G.A. § 44-14-3 on their own behalf and on behalf of a class of persons who had borrowed funds from Countrywide and where:

    (a)      the loan was secured by a security deed on Georgia property in Countrywide's favor,

    (b)      the loan was paid in full,

      (c)      Countrywide did not submit a cancellation of the security deed on the loan within 60 days of the loan having been paid in full, and

      (d)      the security deed was not cancelled within 60 days of the loan having been paid in full.

See Complaint, ¶ 21.

2.      On March 6, 2007, Countrywide filed a motion to dismiss the claims of the purported class set forth in the Complaint.

3.      On March 20, 2007, this Court entered an order staying all discovery and deadlines in this action until the Court had issued a ruling on Countrywide's motion to dismiss.

4.      On December 7, 2007, the parties filed a "Joint Motion to Stay Ruling on Motion To Dismiss," requesting that the Court (1) stay its ruling on Countrywide's motion to dismiss pending a final decision from the Georgia appellate courts in the case SunTrust Bank v. Chad R. Hightower, and (2) direct the parties to engage in additional briefing on Countrywide's currently pending motion to dismiss after Hightower was finally decided.

5.      On July 23, 2008, the Court granted the Parties' Joint Motion to Stay Ruling on Motion to Dismiss.  Since that time, this case has been stayed.

6.      On March 7, 2008, the Court of Appeals of Georgia decided the Hightower case.  See 291 Ga. App. 62, 660 S.E.2d 745 (2008).[1]

7.      On September 8, 2008, the Georgia Supreme Court denied certiorari in the Hightower case, and the deadline for filing a motion for reconsideration of the denial of certiorari has expired.[2]

8.      The Parties have conferred and have agreed that the parties should renew their briefing on Countrywide's motion to dismiss, now that Hightower has been decided.[3]

WHEREFORE, for the reasons stated above, the Parties jointly move that this Court lift the previously entered stay of its ruling on Countrywide's motion to dismiss.  Additionally, the Parties jointly request that the Court issue an order directing:

(1)     Countrywide to file a renewed motion to dismiss, and brief in support thereof, on or before December 15, 2008; and

---

[1]  A copy of the Court of Appeals' Hightower decision is attached as Exhibit A.

[2]  A copy of the Georgia Supreme Court's docket report is attached as Exhibit B.

[3]  The Parties further agree that the Court's previously-entered stay of discovery pending resolution of Countrywide's motion to dismiss should remain in place.

(2)     the Parties thereafter to file response and reply briefs in accordance

with Local Rule 7.

Respectfully submitted this 12th day of November, 2008.

Agreed to by:

s/ Charles A. Gower                        s/ Bryan A. Powell

Charles A. Gower                            Lawrence J. Bracken II

Georgia Bar No. 303500              Georgia Bar No. 073750

P.O. Box 5509                                Bryan A. Powell

Columbus, GA 31906                Georgia Bar No. 413501

                                            Jason M. Beach

Ben B. Phillips                           Georgia Bar No. 043606

Georgia Bar No. 575550              HUNTON & WILLIAMS LLP

P.O. Box 3803                                Bank of America Plaza, Suite 4100

Columbus, GA 31902                600 Peachtree Street, N.E.

                                            Atlanta, Georgia 30308-2216

***Counsel for Plaintiffs***             Phone: (404) 888-4000

***Bradley Y. Schorr and Lori A. Schorr***  Fax: (404) 888-4190

                                            ***Counsel for Defendant***

                                            ***Countrywide Home Loans, Inc.***

Pursuant to Administrative Procedure II(C)(3) for the United States District Court for the Middle District of Georgia, I, Bryan A. Powell, certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a copy of the foregoing

**JOINT MOTION TO LIFT STAY** was filed electronically with the Court.

Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  Parties may access

this filing through the Court's electronic filing system.

This 12th day of November, 2008.


s/ Bryan A. Powell
Bryan A. Powell