IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| BRADLEY Y. SCHORR and LORI A. SCHORR, Individually, and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action File No.: 4:07-cv-19-WLS |
| COUNTRYWIDE HOME LOANS, INC., | ) ) ) | |
| Defendant. | ) | |

**Joint Request for Status Conference Regarding Procedures
and Timeline for Preliminary Approval of Class Action Settlement**

The parties respectfully request a brief status conference with the Court to obtain guidance before filing their motion for preliminary approval of the proposed settlement in this case. Specifically, the parties need to know whether the Court will grant plaintiffs' consent motion for leave to amend this case to add Bank of America, N.A. ("BANA") as a party defendant. Dkt. No. 142. BANA is the successor by merger and acquisition to the Countrywide entity that serviced the Schorrs' mortgage and allegedly failed to cancel their security deed as required by O.C.G.A. § 44-14-3. BANA has consented to that amendment on the terms set forth in plaintiffs' motion to amend. *Id.* at 2, n.1.

The parties have reached an agreement in principal to settle all of the class claims asserted in this case (*Schorr*) and those that were asserted in *Jones v. Bank of America Corp.*, No. 4:08-CV-00152-WLS, which was pending against BANA. If the Court allows the addition of BANA as a defendant in *Schorr*, the parties will submit a single motion in *Schorr* for

1297405.1

preliminary approval of a settlement that would resolve all claims of class members against Countrywide and/or BANA under O.C.G.A. § 44-14-3 in a single class with a uniform class period.  That would also resolve the issue raised by the Court in the *Jones* matter as to whether it could consolidate or take any other action with respect to *Jones*, in light of the dismissal of that case as against the named plaintiffs only.  *See* Dkt. # 88 in *Jones v. Bank of America Corp.*, No. 4:08-CV-00152-WLS.

Fundamental aspects of the preliminary approval papers depend upon whether the Court grants leave to amend.  These include the proposed notices to be mailed and published, the claims form, the preliminary approval motion itself and the full and formal settlement agreement to be executed by the parties based upon their term sheet.  Accordingly, the parties also respectfully ask leave to submit their preliminary approval papers within fourteen (14) days of the earlier of an order ruling on plaintiffs' motion to amend or the Court's indication at a status conference that it is inclined to grant this consent motion.

Respectfully submitted, this 23rd day of January, 2015.

| s/ *Charles A. Gower* | s/ *Steven R. Smith* |
|---|---|
| Charles A. Gower | Steven R. Smith |
| Georgia Bar No. 303500 | E-mail:  srsmith@bryancave.com |
| E-mail:  charlie@cagower.com | (*by Charles A. Gower with express permission*) |
| C. Austin Gower, Jr. | Jena Valdetero |
| Georgia Bar No. 303528 | E-mail:  jena.valdetero@bryancave.com |
| E-mail:  austin@cagower.com | Admitted pro hac vice |
| | |
| CHARLES A. GOWER, P.C. | BRYAN CAVE, LLP |
| 1425 Wynnton Road | 161 N Clark Street, Suite 4300 |
| P.O. Box 5509 | Chicago, Illinois  60601 |
| Columbus, Georgia 31906 | Telephone: (312) 602-5000 |
| Telephone:  (706) 324-5685 | Facsimile:  (312) 698-7541 |
| Facsimile:  (706) 322-2964 | |

1297405.1

Frank M. Lowrey IV
Georgia Bar No. 410310
E-mail:  lowrey@bmelaw.com
Michael B. Terry
Georgia Bar No. 702582
E-mail:  terry@bmelaw.com

BONDURANT, MIXSON &
   ELMORE, LLP
1201 W. Peachtree Street
3900 One Atlantic Center
Atlanta, Georgia 30309
Telephone:  (404) 881-4100
Facsimile:   (404) 881-4111

Ben B. Philips
Georgia Bar No. 575550
E-mail:  ben@philips-branch.com

PHILIPS-BRANCH
1415 Wynnton Road
Columbus, Georgia 31902
Telephone:  (706) 323-6461
Facsimile:   (706) 571-0765

*Counsel for Plaintiffs*

Lawrence J. Bracken II
Georgia Bar No. 073750
E-mail:  lbracken@hunton.com
Jason M. Beach
Georgia Bar No. 043606
E-mail:  jbeach@hunton.com

HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
Facsimile:  (404) 888-4190

Barry Goheen
Georgia Bar No. 299203
Email: bgoheen@kslaw.com

KING & SPALDING LLP
1180 Peachtree Street, NW
Atlanta, Georgia 30309
Telephone: (404) 572 4618

*Counsel for Defendant*

## JOINT FILING CERTIFICATION

I, Charles A. Gower, certify that this document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

This 23rd day of January, 2015.

                                                              s/ *Charles A. Gower*
                                                              Charles A. Gower
                                                              Georgia Bar No. 303500

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed with the Clerk of the Court this **Joint Request for Status Conference Regarding Procedures and Timeline for Preliminary Approval of Class Action Settlement** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 23rd day of January, 2015.

                                                s/ *Charles A. Gower*
                                              Charles A. Gower
                                              Georgia Bar No. 303500